

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

EX PARTE: GILBERT PENA.                    §

§                    No. 08-12-00188-CR

§                    Appeal from the

§                    243rd District Court

§                    of El Paso County, Texas

§                    (TC#20020D00330)

§

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF JULY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.